IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR110 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRYAN A. GELB and | ) | |
| PAUL W. GILMAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion for an extension of time by defendant Paul W. Gilman (Gilman). Gilman seeks additional time in which to file pretrial motions in accordance with the progression order due to the death of a colleague of his counsel. Upon consideration, the motion will be granted and the pretrial motion deadline will be extended **as to all defendants**.

**IT IS ORDERED:**

Defendant Gilman's oral motion for an extension of time is granted. **All defendants** are given until **on or before May 30, 2008,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 15, 2008 and May 30, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 15th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge